# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

WALTER E. TURNER AND DANA C.
TURNER, INDIVIDUALLY AND ON
BEHALF OF THEIR MINOR CHILD,
BELLA TURNER

VERSUS

MANDEVILLE SPORTS COMPLEX,
INC., NATIONWIDE MUTUAL
INSURANCE COMPANY AND K & K
INSURANCE GROUP, INC.

NO.  2019 CW 1426

**JAN 1 6 2020**

---

In Re:   Walter E. Turner and Dana C. Turner, individually and
         on behalf of their minor child, Bella Turner, applying
         for supervisory writs, 19th Judicial District Court,
         Parish of East Baton Rouge, No. 664977.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

    **WRIT DENIED.**

                **JMM**
                **MRT**
                **WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT